CHARLOTTE LEZYNSKI, Individually and as Administratrix of the Estate of PETER LEZYNSKI, Deceased, Appellant, *v.* JOSEPH KASPRZYK et al., Defendants, and JOSEPH PANTERA et al., Respondents.

Submitted January 4, 1954; decided January 22, 1954.

*William L. Rieth* for motion to dismiss appeal and in opposition to motion for leave to prosecute appeal as a poor person.

*Maurice Abloff* for motion for leave to prosecute appeal as a poor person and in opposition to motion to dismiss appeal.

Motion to dismiss appeal denied. Application for leave to prosecute appeal as a poor person granted.